**FILED**
February 18, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     VJP
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR:26-CR-00379-AM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| MICHAEL STEVEN HYATT, | § § § § | [COUNT 1: 18 U.S.C. § 111(a)(1) & (b): Assaulting, Resisting or Impeding Certain Officers or Employees.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1) & (b)]

On or about January 24, 2026, in the Western District of Texas, Defendant,

MICHAEL STEVEN HYATT,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent R.R., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and in the commission of said acts, Defendant used a deadly and dangerous weapon, to wit, a motor vehicle, all in violation of Title 18, United States Code, Section 111(a)(1) & (b).

A TRUE BILL.

████████████████

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _Wesu Coyl for_
WILLIAM GOLDEN
Assistant United States Attorney